371 A.2d 858
Commonwealth v. Johnson, Appellant.

Submitted April 12, 1976.   John R. Cook, Trial Defender, and Ralph J. Cappy, Public Defender, for appellant;  Charles W. Johns, Assistant District Attorney, and Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

371 A.2d 858
Commonwealth v. Jones, Appellant.

Submitted September 22, 1976.   Edward F. Browne, Jr., Assistant Public Defender, for appellant;  D. Richard Eckman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.